### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

LORI OSTENFELD, DEBORAH
GESCHWIND, MARGARET
MURPHY and JUDY STILWILL,
individually and on behalf of all others
similarly situated,

    Plaintiffs,

  v.

THE LAUNDRESS, LLC,

    Defendant.

Case No. 1:22-cv-10667-JMF

The Honorable Jesse M. Furman

**NOTICE OF MOTION TO
DISMISS CONSOLIDATED CLASS
ACTION COMPLAINT**

   PLEASE TAKE NOTICE that Defendant The Laundress, LLC ("Defendant" or "The Laundress") moves this Court, before the Honorable Jesse M. Furman, Thurgood Marshall United States Courthouse, 40 Foley Square, New York NY 10007 at a time and date to be determined by the Court, for an order dismissing Plaintiffs' Consolidated Class Action Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

   In support, Defendant submits its Memorandum of Law in Support of the Motion to Dismiss, which is being filed contemporaneously herewith. For the reasons explained in Defendant's Memorandum of Law, Plaintiffs' Consolidated Class Action Complaint should be dismissed.

   PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 6.1(b) and ECF No. 14, any opposing affidavits and answering memoranda shall be served within fourteen days after service of these moving papers.

Dated: June 1, 2023                    By: */s/ Ronald Y. Rothstein*

Ronald Y. Rothstein (*pro hac vice*)
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
rrothste@winston.com
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Jared Kessler (*pro hac vice*)
Winston & Strawn LLP
200 South Biscayne Boulevard
Suite 2400
Miami, FL 33131
jrkessler@winston.com
Telephone: (305) 910-0500
Facsimile: (305) 910-0505

Rebecca Loegering (*pro hac vice*)
Winston & Strawn LLP
2121 N. Pearl Street
Suite 900
Dallas, TX 75201
rloegering@winston.com
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

ATTORNEYS FOR THE LAUNDRESS, LLC