UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------------------------X
                                                                     :
LORI OSTENFELD, et al., individually and on behalf of                :
all others similarly situated,                                       :
                                                                     :
                                Plaintiffs,                          :
                                                                     :   22-CV-10667 (JMF)
                -v-                                                  :
                                                                     :
THE LAUNDRESS, LLC, et al.,                                          :
                                                                     :
                                Defendants.                          :
                                                                     :
---------------------------------------------------------------------X
                                                                     :
ASHLEY SITES, et al.,                                                :
                                                                     :
                                Plaintiffs,                          :
                                                                     :   23-CV-4920 (JMF)
                -v-                                                  :
                                                                     :
UNILEVER UNITED STATES, INC., et al.,                                :
                                                                     :
                                Defendants.                          :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On June 12, 2023, Case No. 23-CV-4920 was transferred from the District of New Jersey to the Southern District of New York. ECF No. 20. The Court accepted it as related to 22-CV-10667.

As the cases appear to involve common questions of law and fact, the Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes. Any party who objects to such consolidation shall file a letter brief, not to exceed

three single-spaced pages, by **June 21, 2023**.  If no party files a letter opposing consolidation, the Court will consolidate the three cases without further notice to the parties.

In addition, there are pending motions to dismiss and to strike in 22-CV-10667.  *See* ECF Nos. 17, 19.  The parties are directed to file a joint letter by **June 21, 2023,** proposing next steps for 23-CV-4920, including whether and how to incorporate it into the current briefing schedule for 22-CV-10667.

SO ORDERED.

Dated: June 14, 2023
      New York, New York

_____
JESSE M. FURMAN
United States District Judge