UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ASHLEY SITES & GABRIEL YIBALE as Administrators & Administrators *Ad Prosequendum* on behalf of the ESTATE OF ELLIANA DIEM YIBALE, | : : : : : : | Civil Action No. 1:22-CV-10667-JMF |
|  | : : | HONORABLE JESSE M. FURMAN |
| Plaintiffs, | : : | |
| v. | : : | **NOTICE OF MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| UNILEVER UNITED STATES, INC.; THE LAUNDRESS, LLC; and ABC CORP. #1–50 (fictitious names), | : : : : | |
| Defendants. | : : : | |

PLEASE TAKE NOTICE that Defendant The Laundress, LLC ("The Laundress") moves this Court, before the Honorable Jesse M. Furman, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, at a time and date to be determined by the Court, for an order dismissing Plaintiffs' Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

In support, Defendant submits its Memorandum of Law in Support of the Motion to Dismiss Plaintiffs' Second Amended Complaint, which is being filed contemporaneously herewith. For the reasons explained in Defendant's Memorandum of Law, Plaintiffs' Second Amended Complaint should be dismissed.

PLEASE TAKE FURTHER NOTICE that pursuant to the Order of the Court, dated August 8, 2023 [ECF No. 43], any opposing affidavits and answering memoranda shall be served no later than September 22, 2023.

| | |
|---|---|
| Dated: September 8, 2023. | Respectfully submitted,<br><br>*/s/ Ronald Y. Rothstein*<br>Ronald Y. Rothstein<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>rrothste@winston.com<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br><br>Jared Kessler (*pro hac vice*)<br>Winston & Strawn LLP<br>200 South Biscayne Boulevard<br>Suite 2400<br>Miami, FL 33131<br>jrkessler@winston.com<br>Telephone: (305) 910-0500<br>Facsimile: (305) 910-0505<br><br>Lisa M. Coutu<br>200 Park Avenue<br>New York, NY 10166<br>lcoutu@winston.com<br>Telephone: (212) 294-6639<br>Facsimile: (212) 294-4700<br><br><br>ATTORNEYS FOR DEFENDANT<br>THE LAUNDRESS, LLC. |