UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ASHLEY SITES & GABRIEL YIBALE as :
Administrators & Administrators Ad :
Prosequendum on behalf of the ESTATE OF : 22-CV-10667 (JMF)
ELLIANA DIEM YIBALE, :
: ORDER
Plaintiffs, :
:
-v- :
:
UNILEVER UNITED STATES, INC.; THE :
LAUNDRESS, LLC; and ABC CORP. #1–50 :
(fictitious names), :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    In light of Defendants' new motion to dismiss, *see* ECF No. 47, Defendants' earlier motion to dismiss filed at ECF No. 41 is hereby DENIED as moot. Plaintiffs' opposition to the new motion to dismiss is due by September 22, 2023. Defendants' reply, if any, is due by September 29, 2023.

    The Clerk of Court is directed to terminate ECF No. 41.

    SO ORDERED.

Dated: September 11, 2023
       New York, New York
                                                        JESSE M. FURMAN
                                                        United States District Judge