# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LORI OSTENFELD, DEBORAH GESCHWIND, MARGARET MURPHY and JUDY STILWILL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE LAUNDRESS, LLC,<br><br>Defendant. | Civil Action No. 1:22-CV-10667-JMF<br><br>HONORABLE JESSE M. FURMAN |

## AGREED MOTION REGARDING THE PRESERVATION AND DESTRUCTION OF PRODUCT

The Parties hereby submit the following agreed motion (the "Agreed Motion") with respect to the preservation and destruction of product as defined herein:

1. **DEFINTIONS**

    a.  **Party or Parties:** "Party" or "Parties" means The Laundress, LLC as well as all named Plaintiffs in this Litigation represented by the undersigned Plaintiffs' counsel (collectively the "Plaintiffs").

    b.  **This Litigation:** "This Litigation" means the civil actions consolidated in Civil Action No. 1:22-CV-10667-JMF, pending in the United States District Court for the Southern District of New York collectively captioned *Ostenfeld v. The Laundress, LLC*, Civil No. Action No. 1:22-CV-10667-JMF as of the date of this Agreement.

    c.  **Product:** "Product" means laundry and cleaning products, whether individualized or in kits, that were subject to the voluntary recall initiated by a Safety Notice by The Laundress

on November 17, 2022, recalls dated December 1, 2022, and March 31, 2023, and a withdrawal on December 27, 2022.

  d. **SKU:** An "SKU" represents each unique formulation of Product.

  e. **Lot:** A "Lot" represents each unique production run of an SKU.

  f. **Unit:** A "Unit" represents a single bottle or kit of Product.

  g. **Pallet:** Lots are contained on "Pallets." Each Pallet contains Units from one or more Lots.

  h. **Sampling Plan:** "Sampling Plan" means the plan set forth in the Declaration of Dr. Duane Steffey in Support of the Agreed Motion to Limit the Retention of Product, filed with the Court as an attachment to such motion (the "Steffey Declaration") wherein Dr. Steffey identifies the quantity of Product and manner of selection required to obtain for preservation a representative sample of sufficient size to satisfy Plaintiffs' needs.

2. **RECITALS**

  a. The Laundress has Product currently in storage at a cost that counsel for The Laundress has represented is more than $50,000 per month.

  b. The Laundress desires to dispose of a majority of the Product as it has no useful purpose.

  c. The Parties intend that that the amount of Product subject to preservation described herein is sufficient to meet all discovery requirements in This Litigation.

  d. Plaintiffs understand that the amount of Product subject to preservation described herein is meant to satisfy their discovery needs.

3. **AGREEMENT**

    **a.**    The Laundress shall preserve thirty (30) Units per Lot per Pallet of Product where at least 30 Units are available on a Pallet.

    **b.**    The Laundress shall preserve all available Units per Lot per Pallet of Product where 30 Units are not available on a Pallet.

    **c.**    Plaintiffs agree that they may not use the Sampling Plan or the destruction of Product disposed of pursuant to this Agreed Motion in any way against The Laundress.

    **d.**    Plaintiffs waive any right to seek a finding of spoliation, destruction of evidence, or any other sanction regarding the preservation and destruction of Product in accordance with this Agreement.

    **e.**    The parties hereby agree to the foregoing Sampling Plan and request the Court grant the parties' Agreed Motion in its entirety.

///**SIGNATURES ON FOLLOWING PAGES**///

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 56.

SO ORDERED.

*[signature]*

October 30, 2023

*/s/ Stephen J. Fearon, Jr.*
Stephen J. Fearon, Jr.
Paul V. Sweeny
Squitieri & Fearon, LLP
305 Broadway, 7th Floor
New York, New York 10007
stephen@sfclasslaw.com
paul@sfclasslaw.com
Telephone: (212) 421-6492
Facsimile: (212) 412-6553

Amir Shenaq, Esq. (*pro hac vice* forthcoming)
Shenaq PC
3500 Lenox Road, Ste. 1500
Atlanta, GA 30326
amir@shenaqpc.com
Telephone: (888) 909-9993

Steffan T. Keeton, Esq. (*pro hac vice* forthcoming)
The Keeton Firm LLC
100 S Commons Ste 102
Pittsburgh PA 15212
skeeton@keetonfirm.com
Telephone: (888) 412-5291

Christopher T. Aumais (*pro hac vice* forthcoming)
Good Gustafson Aumais LLP
2330 Westwood Blvd., No. 103
Los Angeles, CA 90064
cta@ggallp.com
Telephone: (310) 274-4663

ATTORNEYS FOR PLAINTIFFS
AND THE PROPOSED CLASS

*/s/ Ronald Y. Rothstein*
Ronald Y. Rothstein
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
rrothste@winston.com
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Jared Kessler (*pro hac vice*)
Winston & Strawn LLP
200 South Biscayne Boulevard
Suite 2400
Miami, FL 33131
jrkessler@winston.com
Telephone : (305) 910-0500
Facsimile : (305) 910-0505

Lisa M. Coutu
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
lcoutu@winston.com
Telephone: (212) 294-6639
Facsimile: (212) 294-4700

ATTORNEYS FOR DEFENDANT
THE LAUNDRESS, LLC.