UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ASHLEY SITES et al., :
:
                Plaintiffs, :
: 22-CV-10667 (JMF)
    -v- :
: ORDER
THE LAUNDRESS, LLC, :
:
               Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated on the record during the teleconference held today:

- The Court DENIES without prejudice to renewal the "joint" motion regarding preservation and destruction of product at ECF No. 60.

- No later than **November 20, 2023**, the parties shall file either file a joint motion or Defendants shall file their own motion regarding the preservation and destruction of product. Any opposition to a non-joint motion shall be filed by **December 4, 2023**. Any reply shall be filed by **December 11, 2023**.

The Clerk of Court is directed to terminate ECF No. 60.

    SO ORDERED.

Dated: November 6, 2023
       New York, New York
                                            JESSE M. FURMAN
                                         United States District Judge