```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
                                                                       :
LORI OSTENFELD, et al., individually and on behalf of                  :
all others similarly situated,                                         :
                                                                       :
                            Plaintiffs,                                :    22-CV-10667 (JMF)
                                                                       :
        -v-                                                            :
                                                                       :
THE LAUNDRESS, LLC et al.,                                             :
                                                                       :
                            Defendants.                                :
                                                                       :
---------------------------------------------------------------------- :
                                                                       :
 MARIA ELENA MARRERO,                                                  :
                                                                       :
                            Plaintiff,                                 :
                                                                       :    24-CV-814 (JMF)
        -v-                                                            :
                                                                       :
THE LAUNDRESS, LLC et al.,                                             :    ORDER
                                                                       :
                            Defendants.                                :
                                                                       :
---------------------------------------------------------------------- X
```

JESSE M. FURMAN, United States District Judge:

      On February 5, 2024, Case No. 24-CV-814 was transferred from the Middle District of Florida to the Southern District of New York and accepted as related to 22-CV-10667.  ECF No. 26.  The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes.  Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **February 20, 2024**.  If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties.  In either case, **all** parties shall file a joint letter, no later than the same date, indicating their views on the next steps in 24-CV-814 given the posture of the other cases.

      SO ORDERED.

Dated: February 6, 2024  
      New York, New York  
                                                 JESSE M. FURMAN  
                                           United States District Judge