UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------- X
:
LORI OSTENFELD et al., *individually and on behalf of* :
*all others similarly situated*, :
:
                      Plaintiffs, :          22-CV-10667 (JMF)
:
     -v- :
:
THE LAUNDRESS, LLC et al., :
:
                      Defendants. :
:
------------------------------------------------------------------------ :
:
DAVID SAFRAN, :
:
                      Plaintiff, :
:          24-CV-865 (JMF)
     -v- :
:
THE LAUNDRESS, LLC et al., :          <u>ORDER</u>
:
                      Defendants. :
:
---------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

      On February 6, 2024, Case No. 24-CV-865 was transferred from the Northern District of Illinois to the Southern District of New York and accepted as related to 22-CV-10667. ECF No. 26. The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes. Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **February 20, 2024**. If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties. In either case, **all** parties shall file a joint letter, **no later than the same date**, indicating their views on the next steps in 24-CV-865 given the posture of the other cases. (The Court would encourage a single joint letter in this case and 24-CV-814, which is in a similar posture.)

      SO ORDERED.

Dated: February 13, 2024                   _____
       New York, New York                       JESSE M. FURMAN
                                                 United States District Judge