UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X
                                                           :

LORI OSTENFELD et al., *individually and on behalf of*
*all others similarly situated*,       :

                        Plaintiff,     :        22-CV-10667 (JMF)

        -v-

THE LAUNDRESS, LLC et al.,     :

                        Defendants.     :
-------------------------------------------------------------------------- :

MARIA ELENA MARRERO,     :

                        Plaintiff,     :        24-CV-814 (JMF)

        -v-

THE LAUNDRESS, LLC et al.,     :

                        Defendants.     :
-------------------------------------------------------------------------- :

DAVID SAFRAN,     :

                        Plaintiff,

        -v-     :        24-CV-865 (JMF)

THE LAUNDRESS, LLC et al.,     :
                                 <u>CONSOLIDATION</u>
                        Defendants.     :              <u>ORDER</u>
-------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

       On February 7, 2024, and February 13, 2024, the Court directed counsel in the above captioned cases to submit letters indicating whether the three cases should be consolidated. *See*

22-CV-10667, ECF Nos. 74, 76; 24-CV-814, ECF No. 27; 24-CV-865, ECF No. 27.  On February 20, 2024, counsel in the three cases submitted letters indicating that the parties believe consolidation to be appropriate, at least for the purposes of discovery, but that the two newest cases — *Safran* and *Marrero* — should proceed on a separate track in view of the pending motions in *Ostenfeld*.  See 22-CV-10667, ECF No. 78; 24-CV-814, ECF No. 30; 24-CV-865, ECF No. 28.  In light of counsel's views, and the factual and legal similarities among all three cases, the cases are hereby CONSOLIDATED, at least for purposes of discovery, but the cases will proceed on separate tracks (at least through resolution of any motions to dismiss).

Counsel in *Safran* and *Marrero* shall confer and, no later than **March 1, 2024**, file a joint letter proposing steps to minimize or eliminate duplicative and redundant briefing in connection with the anticipated motions to dismiss in those cases.  Unless and until the Court orders otherwise, Defendants in those two cases shall file a single, consolidated motion to dismiss the two complaints no later than **March 29, 2024**; Plaintiffs shall file a single, consolidated opposition no later than **April 19, 2024**; and Defendants shall file a single, consolidated reply no later than **May 3, 2024**.  (To the extent that any party objects to the Court's order to file consolidated briefing, it shall explain the reasons in the joint letter referenced above.)

The Clerk of the Court is directed to consolidate these cases under the lead case, ECF No. 22-CV-10667, and to close 24-CV-814 and 24-CV-865.  **All future filings shall be on the 22-CV-10667 [the lead case] docket alone.**

SO ORDERED.

Dated: February 21, 2024
      New York, New York

_____
JESSE M. FURMAN
United States District Judge