UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
:
LORI OSTENFELD et al., *individually and on behalf of* :
*all others similarly situated*, :
:
                            Plaintiffs, :        22-CV-10667 (JMF)
:
    -v- :
:
THE LAUNDRESS, LLC et al., :
:
                            Defendants. :
:
------------------------------------------------------------------ :
:
STEPHANIE MICHELLE NIXON, :
:
                            Plaintiff, :
:        24-CV-1630 (JMF)
    -v- :
:
THE LAUNDRESS, LLC et al., :        <u>ORDER</u>
:
                            Defendants. :
:
---------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

       On March 4, 2024, Case No. 24-CV-1630 was transferred from the District of Maryland to the Southern District of New York and accepted as related to 22-CV-10667. ECF No. 28. The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure, at least for discovery. Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **March 8, 2024**. If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties. In either case, **all** parties shall file a joint letter, **no later than the same date**, indicating their views on the next steps in 24-CV-1630 given the posture of the other cases.

       SO ORDERED.

Dated: March 5, 2024                         _____
      New York, New York                       JESSE M. FURMAN
                                                United States District Judge