UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- X
:
LORI OSTENFELD et al., *individually and on behalf of* :
*all others similarly situated*, :
:
                                  Plaintiffs, :        22-CV-10667 (JMF)
:
         -v- :
:
THE LAUNDRESS, LLC et al., :
:
                                  Defendants. :
:
-------------------------------------------------------------------------- :
:
STEPHANIE MICHELLE NIXON, :
:
                                Plaintiff, :
:        24-CV-1630 (JMF)
         -v- :
:
THE LAUNDRESS, LLC et al., :        CONSOLIDATION
:                ORDER
                                Defendants. :
:
------------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

       On March 5, 2024, the Court directed counsel in the above captioned cases to submit a joint letter indicating whether the two cases should be consolidated. *See* 22-CV-10667, ECF No. 85; 24-CV-1630, ECF No. 29. On March 8, 2024, counsel in both cases submitted a joint letter indicating that the parties believe consolidation to be appropriate, at least for purposes of discovery, but that *Nixon* should otherwise proceed on a separate track. See 22-CV-10667, ECF No. 88; 24-CV-1630, ECF No. 30. In light of counsel's views, and the factual and legal similarities among the cases, the cases are hereby CONSOLIDATED, at least for purposes of discovery. **Accordingly, the Order and Notice of Initial Pretrial Conference entered in**

***Ostenfeld* at ECF No. 87 applies to *Nixon* as well.** Furthermore, the parties' proposed briefing schedule for any motion to dismiss is hereby ADOPTED.  *See* 24-CV-1630, ECF No. 30.

The Clerk of the Court is directed to consolidate these cases under the lead case, ECF No. 22-CV-10667, and to close 24-CV-1630.  **All future filings shall be on the 22-CV-10667 [the lead case] docket alone.**

SO ORDERED.

Dated: March 8, 2024  
      New York, New York

_____  
JESSE M. FURMAN  
United States District Judge