UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
LORI OSTENFELD et al., *individually and on behalf of* :
*all others similarly situated*, :
: 22-CV-10667 (JMF)
Plaintiffs, :
: <u>ORDER</u>
-v- :
:
THE LAUNDRESS, LLC et al., :
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Counsel are reminded that, per the Court's earlier Scheduling Order, *see* ECF No. 87, counsel for all parties in all member cases (*Ostenfeld*, *Sites*, *Marrero*, *Safran*, and *Nixon*) shall submit a <u>**single**</u> proposed case management plan and joint letter by the Thursday prior to the initial pretrial conference with the Court on **April 11, 2024** at **3:00 p.m.**

      The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. Further, counsel should review and comply with the procedures for telephone conferences set forth in the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      SO ORDERED.

Dated: April 1, 2024
       New York, New York
                                                JESSE M. FURMAN
                                       United States District Judge