```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                              :
In re Laundress Marketing and Product Liability Litigation    :
                                                              :
                                                              :      22-CV-10667 (JMF)
This Document Relates To:                                     :
All Member Cases                                              :
                                                              :
                                                              :
------------------------------------------------------------------------ :
                                                              :
OLGA MACHA, on behalf themselves and their minor child, A.S.  :
                                                              :
                                                              :
                                Plaintiff,                    :
                                                              :      24-CV-2108 (JMF)
                 -v-                                          :
                                                              :
THE LAUNDRESS, LLC et al.,                                    :      CONSOLIDATION
                                                              :           ORDER
                                Defendants.                   :
                                                              :
------------------------------------------------------------------------ X
```

JESSE M. FURMAN, United States District Judge:

On May 3, 2024, Case No. 24-CV-2108 was accepted as related to 22-CV-10667. Given the overlap in factual and legal issues between these cases, and Defendants' consent during the initial pretrial conference held in 22-CV-10667, the Court orders that the two cases are CONSOLIDATED pursuant to Rule 42 of the Federal Rules of Civil Procedure, at least for pre-trial purposes. If Plaintiff in 24-CV-2108 objects to consolidation, she shall file a letter brief, not to exceed three single-spaced pages, by **May 10, 2024**.

Unless and until the Court orders otherwise, all deadlines in 22-CV-10667, including those set forth in the Civil Case Management Plan and Scheduling Order, *see* 22-CV-10667, ECF No. 121, apply to 24-CV-2108.

The Clerk of the Court is directed to consolidate these cases under the lead case, Docket

No. 22-CV-10667, and to close 24-CV-2108.  **All future filings shall be on the 22-CV-10667 only.**

    SO ORDERED.

Dated: May 6, 2024
       New York, New York

                                              JESSE M. FURMAN
                                            United States District Judge