UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                      :

IN RE LAUNDRESS MARKETING AND PRODUCT  :
LIABILITY LITIGATION                   :
                     :
                     :         22-CV-10667 (JMF)
                     :
                     :            ORDER

*This Document Relates To:*           :
*Macha v. The Laundress, LLC*, No. 1:24-cv-2108-JMF  :
                     :

                     :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendant's new motion to dismiss, *see* ECF No. 137, Defendant's earlier motion to dismiss filed at ECF No. 129 is hereby DENIED as moot. Plaintiffs' opposition to the new motion to dismiss is due by **July 30, 2024**. Defendant's reply, if any, is due by **August 6, 2024**. The Clerk of Court is directed to terminate ECF No. 129.

      SO ORDERED.

Dated:  July 17, 2024
       New York, New York                       JESSE M. FURMAN
                                          United States District Judge