UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------- X
:
LORI OSTENFELD et al., *individually and on behalf of* :
*all others similarly situated*, :
:
                           Plaintiffs, :       22-CV-10667 (JMF)
:
      -v- :
:
THE LAUNDRESS, LLC et al., :
:
                           Defendants. :
:
------------------------------------------------------------------------------ :
:
PETER CHARLES MCGOWAN, :
:
                           Plaintiff, :
:      24-CV-8018 (JMF)
      -v- :
:
THE LAUNDRESS, LLC et al., :      <u>ORDER</u>
:
                           Defendants. :
:
---------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

      On October 28, 2024, Case No. 24-CV-8018 was accepted as related to 22-CV-10667. The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure, at least for discovery. Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **November 12, 2024**. If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties. In either case, all parties shall file a joint letter, **no later than the same date**, indicating their views on the next steps in 24-CV-8018 given the posture of the other cases.

      SO ORDERED.

Dated: October 29, 2024
       New York, New York
                                                JESSE M. FURMAN
                                                United States District Judge