UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
IN RE LAUNDRESS MARKETING AND PRODUCT          :
LIABILITY LITIGATION                                                        :
:     22-CV-10667 (JMF)
:
*This Document Relates To:*                                                :
*All Member Cases*                                                          :
:
:
-------------------------------------------------------------------- :
:
CAROL JEAN WYATT,                                                       :
:
:
            Plaintiff,                         :
:     24-CV-7083 (JMF)
     -v-                                                                     :
:
THE LAUNDRESS, LLC et al.,                                         :     ORDER
:
           Defendants.                    :
:
-------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

      On November 12, 2024, Case No. 24-CV-7083 was accepted as related to 22-CV-10667. The parties agree that the two cases should be consolidated. 24-CV-7083, ECF No. 12. In light of counsel's views, and the factual and legal similarities among the cases, the cases are hereby CONSOLIDATED. The parties shall file a joint letter, **no later than November 19, 2024**, indicating their views on the next steps in this case given the posture of the other cases. Unless and until the Court orders otherwise, Defendants' deadlines to answer are adjourned *sine die*.

      The Clerk of the Court is directed to consolidate these cases under the lead case, ECF No. 22-CV-10667, to terminate 24-CV-8083, ECF No. 12, and to close 24-CV-7083. **All future filings shall be on the 22-CV-10667 [the lead case] docket alone.**

      SO ORDERED.

Dated: November 12, 2024
       New York, New York
                                                             JESSE M. FURMAN
                                             United States District Judge