UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- X
                                                                    :
IN RE LAUNDRESS MARKETING AND PRODUCT              :
LIABILITY LITIGATION                                               :
                                                                    :            22-CV-10667 (JMF)
                                                                    :
*This Document Relates To:*                                        :
*All Member Cases*                                                 :
                                                                    :
------------------------------------------------------------------------  :
                                                                    :
PETER CHARLES MCGOWAN,                                             :
                                                                    :
                              Plaintiff,                           :
                                                                    :            24-CV-8018 (JMF)
            -v-                                                    :
                                                                    :
THE LAUNDRESS, LLC et al.,                                         :            ORDER
                                                                    :
                              Defendants.                          :
                                                                    :
------------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

On October 28, 2024, Case No. 24-CV-8018 was accepted as related to 22-CV-10667.
*See* 24-CV-8018, ECF No. 5.  On November 12, 2024, the parties submitted a joint letter
indicating that they believe that the cases should be consolidated, at least for purpose of
discovery, but that *McGowan* should otherwise proceed on a separate track.  *See* 24-CV-8018,
ECF No. 6.  In light of counsel's views, and the factual and legal similarities among the cases,
the cases are hereby CONSOLIDATED, at least for purposes of discovery.  All dates and
deadlines in 24-CV-10667 shall apply to this case unless and until the Court orders otherwise.

The Clerk of the Court is directed to consolidate these cases under the lead case, ECF No.
22-CV-10667, and to close 24-CV-8018.  **All future filings shall be on the 22-CV-10667 [the
lead case] docket alone.**

        SO ORDERED.

Dated:  November 12, 2024
        New York, New York                        _____
                                                        JESSE M. FURMAN
                                                    United States District Judge