UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
IN RE LAUNDRESS MARKETING AND PRODUCT :
LIABILITY LITIGATION :
:
: 22-CV-10667 (JMF)
:
*This Document Relates To:* : ORDER
*Safran v. The Laundress, LLC*, No. 24-CV-865 (JMF) :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's November 13, 2024 Opinion and Order, ECF No. 152, Defendant was required to file an answer or otherwise respond to Plaintiff David Safran's remaining claims no later than **November 27, 2024**. To date, Defendant has not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **December 9, 2024**. The Court will invite Safran to move for default judgment if Defendant fails to file an answer or otherwise respond by that deadline.

      SO ORDERED.

Dated: December 2, 2024
       New York, New York
                                            JESSE M. FURMAN
                                       United States District Judge