UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
              :
IN RE LAUNDRESS MARKETING AND PRODUCT  :
LIABILITY LITIGATION,                           :
              :    22-CV-10667 (JMF)
              :
              :       ORDER
*This Document Relates To:*                     :
*All Member Cases*                                     :
              :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       For avoidance of doubt, the Court notes that, unless and until it orders otherwise, any and all dates and deadlines in Case No. 24-CV-10667, including the discovery deadlines set forth in the Case Management Plan and Scheduling Order, *see* ECF No. 121, and the next conference date, *see* ECF No. 146, apply to all member cases, including those that were recently consolidated (e.g., Case Nos. 24-CV-7083 and 24-CV-8018). If the parties in any member case believe that the Court should hold a conference specific to that case, they should confer with one another and file a letter motion seeking a conference.

       SO ORDERED.

Dated: December 12, 2024
       New York, New York                              JESSE M. FURMAN
                                                           United States District Judge