UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
IN RE LAUNDRESS MARKETING AND PRODUCT :
LIABILITY LITIGATION, :
:
: 22-CV-10667 (JMF)
:
*This Document Relates To:* : ORDER
*Wyatt v. The Laundress, LLC*, No. 24-CV-7083 (JMF) :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's December 11, 2024 Order, ECF No. 160, Plaintiff was required to file either an amended complaint or an opposition to Defendants' motion to dismiss, no later than January 9, 2025. To date, Plaintiff has filed neither. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 16, 2025**. If Plaintiff fails to meet that deadline, the motion will be deemed unopposed and Plaintiff's claims may be dismissed on that basis and/or as abandoned.

      SO ORDERED.

Dated: January 10, 2025
       New York, New York

                                                    _____
                                                      JESSE M. FURMAN
                                                   United States District Judge