UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- X
:
LORI OSTENFELD et al., *individually and on behalf of* :
*all others similarly situated*, :
:
       Plaintiffs, :  22-CV-10667 (JMF)
:
 -v- :
:
THE LAUNDRESS, LLC et al., :
:
       Defendants. :
:
------------------------------------------------------------------------------ :
:
AUBREY JENKINS, :
:
       Plaintiff, :  25-CV-286 (JMF)
:
 -v- :
:  <u>ORDER</u>
UNILEVER UNITED STATES INC. et al., :
:
       Defendants. :
:
------------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

  On January 15, 2025, Case No. 25-CV-286 was accepted as related to 22-CV-10667. The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure, at least for discovery. Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **January 23, 2025**. If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties. In either case, **all** parties shall file a joint letter, **no later than the same date**, indicating their views on the next steps in 25-CV-286 given the posture of the other cases.

  SO ORDERED.

Dated: January 16, 2025              _____
   New York, New York              JESSE M. FURMAN
                      United States District Judge