UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X
:
IN RE LAUNDRESS MARKETING AND PRODUCT                 :
LIABILITY LITIGATION                                  :
:    22-CV-10667 (JMF)
:
*This Document Relates To:*                           :
*All Member Cases*                                    :
:
--------------------------------------------------------------------------  :
:
AUBREY JENKINS,                                       :
:
Plaintiff,                    :
:    25-CV-286 (JMF)
-v-                                  :
:
UNILEVER UNITED STATES INC. et al.,                   :    ORDER
:
Defendants.                   :
:
-------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

On January 15, 2025, Case No. 25-CV-286 was accepted as related to 22-CV-10667. *See* 25-CV-286, ECF No. 8. On January 23, 2025, the parties submitted a joint letter indicating that they believe that the cases should be consolidated, at least for purpose of discovery, but that *Jenkins* should otherwise proceed on a separate track. *See* 25-CV-286, ECF No. 8. In light of counsel's views, and the factual and legal similarities among the cases, the cases are hereby CONSOLIDATED, at least for purposes of discovery. All dates and deadlines in 22-CV-10667, including the discovery deadlines set forth in the Case Management Plan and Scheduling Order, *see* ECF No. 121, and the next conference date, *see* ECF No. 146, shall apply to this case unless and until the Court orders otherwise.

Additionally, the parties must submit a joint letter addressing the substitution of The

Laundress, LLC as the defendant no later than **February 6, 2025**.  Unless and until the Court orders otherwise, Defendant need not respond to the existing complaint.

The Clerk of the Court is directed to consolidate these cases under the lead case, ECF No. 22-CV-10667, and to close 25-CV-286.  **All future filings shall be on the 22-CV-10667 [the lead case] docket alone.**

SO ORDERED.

Dated: January 23, 2025
      New York, New York

                                            JESSE M. FURMAN
                                     United States District Judge