UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 :
IN RE LAUNDRESS MARKETING AND PRODUCT :
LIABILITY LITIGATION, :
 :  22-CV-10667 (JMF)
 :
 :  ORDER
 :
*This Document Relates To:* :
*Wyatt v. The Laundress, LLC*, No. 24-CV-7083 (JMF) :
 :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    In light of Defendant's new motion to dismiss, *see* Docket No. 180, Defendant's earlier motion to dismiss filed at Docket No. 158 is hereby DENIED as moot.  Plaintiff's opposition to the new motion to dismiss is due by **February 13, 2025**.  Defendant's reply, if any, is due by **February 20, 2025**.

    The Clerk of Court is directed to terminate Docket No. 158.

    SO ORDERED.

Dated: January 31, 2025
       New York, New York

                                            JESSE M. FURMAN
                                        United States District Judge