UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                  :

IN RE LAUNDRESS MARKETING AND PRODUCT  :
LIABILITY LITIGATION,
                                                  :        22-CV-10667 (JMF)

                                                  :            ORDER

*This Document Relates To:*
*McGowan v. The Laundress, LLC*, No. 24-CV-8018
(JMF)

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendant's new motion to dismiss, *see* Docket No. 201, Defendant's earlier motion to dismiss filed at Docket No. 164 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **March 6, 2025**. Defendant's reply, if any, is due by **March 13, 2025**.

       The Clerk of Court is directed to terminate Docket No. 164.

       SO ORDERED.

Dated: February 21, 2025
       New York, New York
                                                         JESSE M. FURMAN
                                                United States District Judge