UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
:
LORI OSTENFELD et al., *individually and on behalf of* :
*all others similarly situated*, :
:
                                Plaintiffs, :      22-CV-10667 (JMF)
:
     -v- :
:
THE LAUNDRESS, LLC et al., :
:
                                Defendants. :
:
------------------------------------------------------------------- :
:
DIANNA SHEPHERD, :
:
                                 Plaintiff, :      25-CV-897 (JMF)
:
     -v- :
:      <u>ORDER</u>
UNILEVER UNITED STATES INC. et al., :
:
                                Defendants. :
:
---------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

      On February 21, 2025, Case No. 25-CV-897 was accepted as related to 22-CV-10667. The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure, at least for purpose of discovery.  Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **February 26, 2025**.  If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties.  In either case, **all** parties shall file a joint letter, **no later than the same date**, indicating their views on the next steps in 25-CV-897 given the posture of the other cases.

      SO ORDERED.

Dated: February 24, 2025                        _____
      New York, New York                     JESSE M. FURMAN
                                                United States District Judge