UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
: 
IN RE LAUNDRESS MARKETING AND PRODUCT :
LIABILITY LITIGATION, :
: 22-CV-10667 (JMF)
:
: ORDER
:
*This Document Relates To:* :
*Ostenfeld v. The Laundress, LLC*, No. 22-CV-10667 :
(JMF) :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Defendant has filed a cross-motion to dismiss Plaintiff Margaret Murphy's claims in the consolidated class action complaint. ECF No. 205. Any opposition — by Murphy or another Plaintiff shall be filed by **March 6, 2025**. Any reply shall be filed by **March 11, 2025**.

    As he remains counsel of record, Mr. Keeton shall promptly serve a copy of this endorsed document on Plaintiff Murphy and, no later than **February 26, 2025**, file proof of such service on the docket.

    SO ORDERED.

Dated: February 24, 2025
       New York, New York

                                                   JESSE M. FURMAN
                                             United States District Judge