UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X
:
IN RE LAUNDRESS MARKETING AND PRODUCT   :
LIABILITY LITIGATION   :
:  22-CV-10667 (JMF)
:
*This Document Relates To:*   :
*All Member Cases*   :
:
-------------------------------------------------------------------------- :
:
DIANNA SHEPHERD,   :
:
                    Plaintiff,   :
:  25-CV-897 (JMF)
     -v-   :
:
UNILEVER UNITED STATES INC. et al.,   :  ORDER
:
                    Defendants.   :
:
-------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

      On February 21, 2025, Case No. 25-CV-897 was accepted as related to 22-CV-10667. *See* 25-CV-897, ECF No. 18. On February 26, 2025, the parties submitted a joint letter indicating that they believe that the cases should be consolidated, at least for purpose of discovery, but that *Shepherd* should otherwise proceed on a separate track. *See* 25-CV-897, ECF No. 19. In light of counsel's views, and the factual and legal similarities among the cases, the cases are hereby CONSOLIDATED, at least for purposes of discovery. All dates and deadlines in 22-CV-10667, including the discovery deadlines and the next conference date set forth in the Amended Case Management Plan and Scheduling Order, *see* ECF No. 186, shall apply to this case unless and until the Court orders otherwise.

      The Clerk of the Court is directed to consolidate these cases under the lead case, 22-CV-

10667, and to close 25-CV-897.  **All future filings shall be on the 22-CV-10667 [the lead case] docket alone.**

SO ORDERED.

Dated: February 27, 2025
      New York, New York

                                          JESSE M. FURMAN
                                  United States District Judge