UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                          :

IN RE LAUNDRESS MARKETING AND PRODUCT   :         22-CV-10667 (JMF)
LIABILITY LITIGATION,                                         :
                                                                              :         25-CV-286 (JMF)
*This Document Relates To:*                            :         25-CV-897 (JMF)
*Jenkins v. Unilever United States*, *Inc.*, No. 25-CV-286  :
(JMF); *and Shepherd v. The Laundress, LLC*, No. 25-CV-  :     ORDER OF DISMISSAL
897 (JMF)                                                                  :
                                                                              :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court having been advised at ECF Nos. 248 and 249 in 22-CV-10667 that all claims asserted in the member cases, *Jenkins v. Unilever United States, Inc.*, No. 25-CV-286, and *Shepherd v. The Laundress, LLC*, No. 25-CV-897, have been settled in principle, it is ORDERED that these member cases be and are hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen **within sixty days** of the date of this Order if the settlement is not consummated.

      To be clear, any application to reopen these member cases **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis. **Further, requests to extend the deadline to reopen are unlikely to be granted.**

      If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 5.B of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

      Any pending motions involving these member cases, including Defendant's motion to dismiss Plaintiff Jenkins's claims at ECF No. 228, are moot. All conferences in these member cases are canceled. The Clerk of Court is directed to terminate ECF Nos. 228, 248, and 249 in 22-CV-10667. The Clerk of Court is further directed to close cases 25-CV-286 and 25-CV-897 (but *not* 22-CV-10667).

      SO ORDERED.

Dated: March 27, 2025
       New York, New York

                                                                                  _____
                                                                                      JESSE M. FURMAN
                                                                            United States District Judge