UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                        :

IN RE LAUNDRESS MARKETING AND PRODUCT  :
LIABILITY LITIGATION                    :
                        :

                        :          22-CV-10667 (JMF)
                        :
*This Document Relates To:*           :           ORDER
*Ostenfeld et al. v. The Laundress, LLC*, No. 22-CV-10667 :
(JMF)                             :
                        :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     On April 14, 2025, the Court was notified that an Order mailed to Plaintiff Margaret Murphy's address at P.O. Box 1072 Clearlake Park, CA 95422-1072 was returned as undeliverable.

     No later than **April 21, 2025**, counsel for Plaintiffs Lori Ostenfeld, Judy Stilwell, and Deborah Geschwind must file a letter on ECF confirming whether the address listed on the March 21, 2025 Certificate of Service, ECF No. 243, is Murphy's last known address. If it is not, counsel shall, by the same date, serve a copy of the Order on Murphy at her last known address and confirm such service in the letter.

     SO ORDERED.

Dated: April 17, 2025
     New York, New York                      _____
                                     JESSE M. FURMAN
                                United States District Judge