UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
IN RE LAUNDRESS MARKETING AND PRODUCT     :
LIABILITY LITIGATION                       :
:
:
:      22-CV-10667 (JMF)
*This Document Relates To:*                :
*All Member Cases*                         :      ORDER
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Upon reflection, the Court has realized that Plaintiffs in several of the remaining member cases may have failed to properly allege complete diversity of citizenship as required for this Court to have jurisdiction under 28 U.S.C. § 1332. Specifically, Plaintiffs in the following remaining cases invoke the Court's subject-matter jurisdiction on diversity grounds:

- *Macha v. The Laundress, LLC, et al.*, No. 24-CV-2108
- *McGowan v. The Laundress, LLC*, No. 24-CV-8018
- *Safran v. The Laundress, LLC, et al.*, No. 24-CV-865
- *Wyatt v. The Laundress, LLC, et al.*, No. 24-CV-7083

Yet, in each case, Plaintiff fails to properly plead complete diversity. That is because Defendant is a limited liability company ("LLC"), which is deemed to be a citizen of each state of which its members are citizens. *See, e.g.*, *Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48, 51-52 (2d Cir. 2000). Thus, a complaint premised upon diversity of citizenship must allege the citizenship of natural persons who are members of an LLC and the place of incorporation and principal place of business of any corporate entities that are members of the LLC (including the citizenship of any members of the LLC that are themselves LLCs). *See Handelsman*, 213 F.3d at 51-52; *see also, e.g.*, *In re Bank of Am. Corp. Sec., Derivatives, and ERISA Litig.*, 757 F. Supp. 2d 260, 334 n.17 (S.D.N.Y. 2010). The relevant complaints fail to do so.

     No later than **May 19, 2025**, the parties in all of these member cases must file a single joint letter addressing whether the Court has subject-matter jurisdiction and proposing next steps.

     SO ORDERED.

Dated: May 12, 2025
       New York, New York
                                                            JESSE M. FURMAN
                                           United States District Judge