UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- X
                                                                              :
IN RE LAUNDRESS MARKETING AND PRODUCT                                         :
LIABILITY LITIGATION                                                          :
                                                                              :   22-CV-10667 (JMF)
                                                                              :
*This Document Relates To:*                                                   :
*All Member Cases*                                                            :
                                                                              :
                                                                              :
-------------------------------------------------------------------------------:
                                                                              :
LINDSAY GONTZ,                                                                :
                                                                              :
                               Plaintiff,                                     :
                                                                              :   25-CV-3588 (JMF)
               -v-                                                            :
                                                                              :
THE LAUNDRESS, LLC.,                                                          :   ORDER
                                                                              :
                               Defendant.                                     :
                                                                              :
------------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

      On May 19, 2025, Case No. 25-CV-3588 was accepted as related to 22-CV-10667.  The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure, at least for purpose of discovery.  Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **May 27, 2025**.  If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties.  In either case, **all** parties shall file a joint letter, **no later than the same date**, indicating their views on the next steps in 25-CV-3588 given the posture of the other member cases.

      SO ORDERED.

Dated: May 20, 2025
      New York, New York
                                                      JESSE M. FURMAN
                                                 United States District Judge