UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- X
                                                                                :
IN RE LAUNDRESS MARKETING AND PRODUCT                                           :
LIABILITY LITIGATION                                                            :
                                                                                :   22-CV-10667 (JMF)
                                                                                :
*This Document Relates To:*                                                     :
*All Member Cases*                                                              :
                                                                                :
------------------------------------------------------------------------------- :
                                                                                :
LINDSAY GONTZ,                                                                  :
                                                                                :
                        Plaintiff,                                              :
                                                                                :
            -v-                                                                 :   25-CV-3588 (JMF)
                                                                                :
THE LAUNDRESS, LLC,                                                             :
                                                                                :
                        Defendant.                                              :
------------------------------------------------------------------------------- :
                                                                                :
NABIL JOSEPH SPANN,                                                             :
                                                                                :
                        Plaintiff,                                              :   25-CV-4003 (JMF)
                                                                                :
            -v-                                                                 :
                                                                                :   <u>ORDER</u>
THE LAUNDRESS, LLC,                                                             :
                                                                                :
                        Defendant.                                              :
------------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

Earlier this month, *Gontz v. The Laundress, LLC*, No. 25-CV-3588, and *Spann v. The Laundress, LLC*, 25-CV-4003, were accepted as related to *In Re Laundress Marketing and Product Liability Litigation*, 22-CV-10667. On May 27, 2025, the parties in *Gontz* and *Spann* submitted a joint letter indicating that they believe that both cases should be consolidated with 22-CV-10667, but that *Gontz* and *Spann* should otherwise proceed on a separate litigation track with an extended discovery schedule. *See* 22-CV-10667, ECF No. 281.

In light of counsel's views, and the factual and legal similarities among the cases, the cases are hereby CONSOLIDATED, except that *Gontz* and *Spann* will not be subject to the existing deadlines set forth in the Amended Case Management Plan and Scheduling Order in 22-CV-10667.  *See* ECF No. 168.  The parties in *Gontz* and *Spann* shall confer and, no later than **June 5, 2025**, file a proposed extended discovery schedule for both cases (or separate schedules for each case if there are material differences between them that would warrant different schedules), using (as appropriate) the Court's form Case Management Plan as a template.

Furthermore, the parties' proposed briefing schedule for Defendant's forthcoming motions to dismiss is hereby ADOPTED.  *See* ECF No. 281.  Defendant shall file its motion to dismiss **no later than thirty days after service of the Complaint** in each case.  Any oppositions shall be filed **within thirty days of any motion**, and any reply shall be filed within **fourteen days of any opposition**.

The Clerk of the Court is directed to consolidate these cases under the lead case, 22-CV-10667, and to close cases 25-CV-3588 and 25-CV-4003.  **All future filings shall be on the 22-CV-10667 [the lead case] docket alone.**

SO ORDERED.

Dated: May 28, 2025  
       New York, New York                                 JESSE M. FURMAN  
                                                       United States District Judge