UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
:
IN RE LAUNDRESS MARKETING AND PRODUCT        :
LIABILITY LITIGATION,                        :
:   22-CV-10667 (JMF)
:
:
*This Document Relates To:*                  :   ORDER
*Spann v. The Laundress, LLC*, No. 25-CV-4003 (JMF)   :
:
------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

      On July 7, 2025, Defendant filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

      Accordingly, it is hereby ORDERED that, notwithstanding the briefing schedule adopted on May 28, 2025, ECF No. 282, Plaintiff Nabil Joseph Spann shall file any amended complaint by **July 28, 2025**. Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

      If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss. If Defendants files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendants files a new motion to dismiss or indicates that it relies on its previously filed motion to dismiss, any opposition shall be filed within **thirty days**, and any reply shall be filed within **fourteen** of any opposition.

      If no amended complaint is filed, the existing briefing schedule shall remain in effect, pursuant to which Plaintiff shall file any opposition to the motion to dismiss within **thirty days of the motion**, and Defendant shall file any reply within **fourteen days of any opposition**. *See* ECF No. 283.

      SO ORDERED.

Dated: July 9, 2025
      New York, New York

                                              _____
                                                     JESSE M. FURMAN
                                                United States District Judge