UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                            :

IN RE LAUNDRESS MARKETING AND PRODUCT   :
LIABILITY LITIGATION,                                        :
                                                                            :         22-CV-10667 (JMF)
                                                                             :
*This Document Relates To:*                                 :            <u>ORDER</u>
*Gontz v. The Laundress, LLC*, No. 25-CV-03588 (JMF)   :
                                                                             :
------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

       In light of Defendant's new answer to Plaintiff Lindsay Gontz's Amended Complaint, *see* ECF No. 320, Defendant's earlier motion to dismiss filed at ECF No. 308 is hereby DENIED as moot. The Court reminds the *Gontz* parties that they remain subject to any deadlines and conferences provided in the Civil Case Management Plan and Scheduling Order at ECF No. 302, including the pretrial conference scheduled for **December 11, 2025 at 9:00 a.m**.

       The Clerk of Court is directed to terminate ECF No. 308.

       SO ORDERED.

Dated: August 19, 2025                                          _____
       New York, New York                                    JESSE M. FURMAN
                                                                 United States District Judge