UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- X
:
IN RE LAUNDRESS MARKETING AND PRODUCT        :
LIABILITY LITIGATION                                             :
:
*This Document Relates To:*                                    :     22-CV-10667 (JMF)
*Ostenfeld et al. v. The Laundress, LLC*, No. 22-CV-10667 (JMF)  :
*Safran v. The Laundress, LLC*, No. 24-CV-865 (JMF)     :     ORDER
*Macha v. The Laundress, LLC,* No. 24-CV-2108 (JMF)   :
:
------------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

As discussed on the record during the teleconference held earlier today:

- No later than **October 31, 2025**, defense counsel shall file a letter regarding settlement, including whether or how the Court could facilitate settlement of any or all of these cases.

- Before any party files a motion for summary judgment or a *Daubert* motion, counsel in these cases shall confer and propose to the Court a briefing structure and schedule, with an aims of minimizing duplicative briefing and reducing the burdens on the parties and the Court.

The Clerk of Court is directed to docket this order in 22-CV-10667, 24-CV-865, and 24-CV-2108.

SO ORDERED.

Dated: September 4, 2025
       New York, New York                        _____
                                                              JESSE M. FURMAN
                                                              United States District Judge