## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re Laundress Marketing and Product Liability Litigation* | Master Docket No.: 1:22-cv-10667-JMF |
| This Document Relates to: | *Ostenfeld, et al. v. The Laundress, LLC*, No.: 1:22-cv-10667-JMF |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on March 18, 2026, or as soon thereafter as this matter can be heard, Plaintiff Deborah Geschwind ("Plaintiff"), by and through her counsel, shall move this Court before the Honorable Jesse M. Furman, United States District Judge for the Southern District of New York, for entry of an Order:

A. Certifying, under Rule 23(a) and (b)(3), a class of "All United States consumers who purchased Recalled Laundress Products after January 1, 2021."

B. Appointing Plaintiff as the Class Representative; and

C. Appointing Squitieri & Fearon, LLP as Class Counsel under Rule 23(g).

**PLEASE TAKE FURTHER NOTICE** that this Motion is supported by the accompanying Memorandum of Law, Declaration of Stephen J. Fearon, Jr. and exhibits, Declaration of Gareth J. Macartnery, Ph.D, and Declaration of Deborah Geschwind.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Second Amended Civil Case Management Plan and Scheduling Order, any opposition to this Motion shall be filed by January 19, 2026; and any reply in support of this Motion shall be filed by March 18, 2026.

1

2

**PLEASE TAKE FURTHER NOTICE** that Plaintiff requests oral argument on this Motion and is submitting a proposed form of Order with this motion.

Dated: October 13, 2025  **SQUITIERI & FEARON, LLP**

By: /s/ *Stephen J. Fearon, Jr.*
Stephen J. Fearon, Jr.
Paul Sweeny
205 Hudson Street, 7th Floor
New York, New York 10013
Tel: 212.421.6492
Fax: 212.421.6553
stephen@sfclasslaw.com
paul@sfclasslaw.com