UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re Laundress Marketing and Product Liability Litigation* | Master Docket No.: 1:22-cv-10667-JMF |
| This Document Relates to: | *Ostenfeld, et al. v. The Laundress, LLC*, No.: 1:22-cv-10667-JMF |

**[PROPOSED] ORDER**

**THIS MATTER** having been brought before this Court on a motion for class certification by Plaintiff Deborah Geschwind ("Plaintiff"), and the Court having read all papers and heard all arguments for and against class certification in this matter,

**IT IS** on this _____ day of _____, 2026, **ORDERED** that Plaintiff's Motion for Class Certification is **GRANTED**. This action shall be maintained as a class action in accordance with Rules 23(a) and 23(b)(3) pursuant to the following findings:

1. The Class is defined as: All United States consumers who purchased Recalled Laundress Products after January 1, 2021 (the "Class").

2. The Class is so numerous that joinder of all members is impracticable.

3. There are questions of law and fact common to the Class.

4. Plaintiff's claims are typical of the Class.

5. Plaintiff and Squitieri & Fearon, LLP will fairly and adequately protect the interests of the Class.

6. The Class is ascertainable.

7. Questions of law and fact common to the Class predominate over any questions affecting only individual members.

8. A class action is superior to other available methods for the fair and efficient adjudication of this controversy.

**IT IS FURTHER ORDERED** that Plaintiff is appointed as the Class Representative.

**IT IS FURTHER ORDERED** that the law firm of Squitieri & Fearon, LLP is appointed as Class Counsel under Rule 23(g); and

**IT IS FURTHER ORDERED** that the parties are to meet and confer and propose a notice plan to the Court within 30 days of this Order.

DATED:

_____
HON. JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE