UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- X
:
IN RE LAUNDRESS MARKETING AND PRODUCT          :
LIABILITY LITIGATION                           :
:
:
:                    22-CV-10667 (JMF)
*This Document Relates To:*                     :
*All Member Cases*                              :
:
:
-------------------------------------------------------------------------------  :
:
SANDRA CANOTE,                                  :
:
Plaintiff,               :
:
-v-                      :                    25-CV-9508 (JMF)
:
THE LAUNDRESS, LLC,                             :
:                    <u>ORDER</u>
Defendant.               :
:
------------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

On December 23, 2025, Case No. 25-CV-9508 was accepted as related to 22-CV-10667. The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure, at least for purpose of discovery. Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **January 12, 2026**. If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties. In either case, all parties shall file a joint letter, **no later than the same date**, indicating their views on the next steps in 25-CV-9508 given the posture of the other member cases.

SO ORDERED.

Dated: January 5, 2026
New York, New York                        _____
JESSE M. FURMAN
United States District Judge