

NORTH AMERICA   SOUTH AMERICA   EUROPE

300 N. LaSalle Dr.
Suite 4400
Chicago, IL 60654-3406
T +1 (312) 558-5600
F +1 (312) 558-5700

**RONALD Y. ROTHSTEIN**
Partner
(312) 558-5600
rrothste@winston.com

January 9, 2026

**BY ECF**

Honorable Jesse M. Furman
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *In re Laundress Marketing and Product Liability Litigation – Joint Statement Regarding Briefing Schedule*
         *Ostenfeld, et al. v. The Laundress, LLC*, No. 22-cv-10667 (JMF)

We write pursuant to Federal Rule of Civil Procedure 6 and Rule 2.D of Your Honor's Individual Rules regarding the filing date of The Laundress's opposition to Plaintiff's Motion for Class Certification ("Opposition"). We also write pursuant to the Court's September 4, 2025 Order (Dkt. No. 326) which directed the parties in the above-referenced matter to confer and propose a briefing schedule to the Court prior to filing a *Daubert* motion.

Pursuant to the current scheduling order, the Opposition is due January 19, 2026, which is a federal holiday. The parties conferred and Plaintiff's consented to The Laundress filing its Opposition on January 20, 2026 to account for the federal holiday.

The parties also conferred on January 7, 2026 and agreed to the following briefing schedule for the *Daubert* motions:

| Filing | Deadline |
|---|---|
| The Laundress's *Daubert* Motion | January 20, 2026 |
| Plaintiff's Opposition to The Laundress's *Daubert* Motion | February 27, 2026 |
| Plaintiff's *Daubert* Motion | March 18, 2026 |
| The Laundress's Reply to Plaintiff's Opposition to The Laundress's *Daubert* Motion | March 20, 2026 |
| The Laundress's Opposition to Plaintiff's *Daubert* Motion | April 17, 2026 |
| Plaintiff's Reply to The Laundress's Opposition to Plaintiff's *Daubert* Motion | May 1, 2026 |

Respectfully submitted,

2

**SQUITIERI & FEARON, LLP**
**Attorneys for *Ostenfeld* Plaintiffs**

By: */s/ Stephen J. Fearon, Jr.*
Stephen J. Fearon, Jr.

**WINSTON & STRAWN, LLP**
**Attorneys for Defendant**

By: */s/ Ronald Y. Rothstein*
Ronald Y. Rothstein

cc: All counsel via ECF

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 365.

SO ORDERED.

January 12, 2026