UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- X
.
.
IN RE LAUNDRESS MARKETING AND PRODUCT        :
LIABILITY LITIGATION                         :
                                             :         22-CV-10667 (JMF)
                                             :
*This Document Relates To:*                  :
*All Member Cases*                           :
                                             :
------------------------------------------------------------------------------- :
                                             :
SANDRA CANOTE,                               :
                                             :
                     Plaintiff,              :         25-CV-9508 (JMF)
                                             :
          -v-                                :
                                             :         CONSOLIDATION
THE LAUNDRESS, LLC,                          :             ORDER
                                             :
                     Defendant.              :
                                             :
------------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

On December 23, 2025, *Canote v. The Laundress, LLC*, No. 25-CV-9508 was accepted as related to *In Re Laundress Marketing and Product Liability Litigation*, 22-CV-10667.  On January 12, 2026, the parties in *Canote* submitted a joint letter indicating that they believe that the case should be consolidated with 22-CV-10667, but that it should proceed on a separate track.  *See* 22-CV-10667, ECF No. 367.

In light of counsel's views, and the factual and legal similarities among the cases, the cases are hereby CONSOLIDATED, except that *Canote* will not be subject to the existing deadlines set forth in the Case Management Plans and Scheduling Orders currently in effect.  *See* 22-CV-10667, ECF No. 302, 316.  By separate Order entered today, the Court will schedule an initial pretrial conference and, consistent with the parties' request, set a schedule for the submission of a new Case Management Plan.

The Clerk of the Court is directed to consolidate these cases under the lead case, Docket No. 22-CV-10667, and to close 25-CV-9508.  **All future filings shall be on the 22-CV-10667 docket alone.**

SO ORDERED.

Dated: January 13, 2026
       New York, New York                    _____
                                             JESSE M. FURMAN
                                             United States District Judge