UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                         :

IN RE LAUNDRESS MARKETING AND PRODUCT  :
LIABILITY LITIGATION,                        :

                         :

                         :        22-CV-10667 (JMF)

*This Document Relates To:*           :

                         :          <u>ORDER</u>

*Gontz v. The Laundress LLC,* No. 25-CV-3588 (JMF)  :
*Spann v. The Laundress LLC*, No. 25-CV-4003 (JMF)  :

                         :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated during the teleconference held earlier today:

- The parties' request for an additional extension of the fact discovery deadline is GRANTED.  All fact discovery shall be completed **no later than March 10, 2026.** No further extensions will be granted.

- All remaining deadlines in the Case Management Plan and Scheduling Order, *see* ECF No. 302, which had been previously extended by 60 days, *see* ECF No. 350, are extended by an additional five weeks.

      SO ORDERED.

Dated: February 12, 2026
      New York, New York                   _____

                                         JESSE M. FURMAN
                                  United States District Judge