UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                :

IN RE LAUNDRESS MARKETING AND PRODUCT   :
LIABILITY LITIGATION,                         :

                                :          22-CV-10667 (JMF)

*This Document Relates To:*               :            ORDER

*Canote v. The Laundress, LLC*, No. 25-CV-9508 (JMF)  :

--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

In light of Defendant's Answer, *see* ECF No. 418, Defendant's earlier motion to dismiss filed at ECF No. 397 is hereby DENIED as moot.

Additionally, all parties shall appear for an initial pretrial conference with the Court on **March 31, 2026, at 9:00 a.m**.  The conference will be held remotely by telephone in accordance with Rule 2(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key.  When prompted for an attendee ID number, press the pound (#) key again.  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      SO ORDERED.

Dated:  March 17, 2026
        New York, New York                           _____
                                            JESSE M. FURMAN
                                     United States District Judge