**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Laundress Marketing and Product Liability Litigation | Case No. 1:22-cv-10667-JMF<br><br>The Honorable Jesse M. Furman |
| *This Document Relates to:*<br><br>*Ostenfeld et al. v. The Laundress, LLC*, No. 1:22-cv-10667-JMF | **NOTICE OF DEFENDANT THE LAUNDRESS, LLC'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS GESCHWIND'S AND STILWILL'S ECONOMIC INJURY CLAIMS** |

PLEASE TAKE NOTICE that Defendant The Laundress, LLC ("The Laundress," "Laundress," or "Defendant") moves this Court, before the Honorable Jesse M. Furman, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007 at a time and date to be determined by the Court, to enter summary judgment on all of Plaintiff Deborah Geschwind's and Plaintiff Judy Stilwill's economic injury claims in Defendant's favor.

In support, Defendant submits its Memorandum of Law in Support of its Motion for Summary Judgment on Plaintiffs Geschwind's and Stilwill's Economic Injury Claims. For the reasons explained in Defendant's Memorandum of Law, the court should enter summary judgment in Defendant's favor.

Dated: July 17, 2026

Respectfully submitted,

*/s/ Ronald Y. Rothstein*

Ronald Y. Rothstein
WINSTON TAYLOR LLP
300 N. LaSalle Dr., Suite 4400
Chicago, IL 60654
ron.rothstein@winstontaylor.com
Telephone: (312) 558-7464
Facsimile: (312) 558-5700

Jared R. Kessler (*pro hac vice*)
WINSTON TAYLOR LLP
200 S. Biscayne Boulevard, Suite 2400
Miami, FL 33131
jared.kessler@winstontaylor.com
Telephone: (305) 910-0654
Facsimile: (305) 910-0505

ATTORNEYS FOR DEFENDANT
THE LAUNDRESS, LLC