UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LAUNDRESS MARKETING AND PRODUCT LIABILITY LITIGATION,

*This Document Relates To:*
*Ostenfeld v. The Laundress, LLC*, No. 22-CV-10667 (JMF)

22-CV-10667 (JMF)

ORDER REGARDING SUBMISSION OF ELECTRONIC COURTESY COPIES

JESSE M. FURMAN, United States District Judge:

In light of the number and nature of the sealed filings likely to be made, the parties shall adhere to the following procedure for the submission of electronic courtesy copies for filings in connection with Defendants' motions for summary judgment, to exclude the testimony and reply declaration of Marcus Pereira, and to strike the reply declaration and expert report of Gareth J. Macartney. *See* ECF Nos. 492, 495, 498, 501. Within **one week of the final filing of any motion,** the moving party shall submit *electronic* courtesy copies of *all* motion papers in an electronic folder titled with the docket number of the relevant motion in brackets followed by a description of the motion (e.g., "[492] Def.'s Mot. for Summary Judgment").

The folder shall contain:

1. Unredacted, text-searchable PDFs of (1) any pleading to which the motion relates (e.g., the operative complaint); (2) the notice of motion; and (3) the moving, opposition, and reply memoranda of law, each of which should be named with the docket number of the document in brackets followed by a description of the file (e.g., "[493] Def.'s Mem. in Support");
2. A subfolder for each set of corresponding supporting documents titled with the docket number associated with the related memorandum of law, followed by (as

appropriate) "Motion Documents," "Opposition Documents," or "Reply Documents," each of which shall contain:

a. Unredacted, text-searchable PDFs of any and all corresponding supporting documents (e.g., Local Rule 56.1 Statements, declarations, affidavits, and affirmations), with any exhibits not filed under seal attached as part of the same PDF, each of which should be named with the docket number of the document (or the docket number of the corresponding document in the case of documents filed under seal or in redacted form) in brackets followed by a description of the file (e.g., "[506] Rothstein Decl. and Exhibits"); and

b. A sub-sub-folder containing unredacted, text-searchable PDFs of any exhibits to a supporting document, including any documents that were filed under seal or in redacted form, each of which should be named with the docket number of the corresponding document in brackets followed by "Sealed Exhibits to [LAST NAME] [Declaration/Affirmation/Affidavit]" (e.g., "[506] Sealed Exhibits to Rothstein Decl."). The names of the exhibits within the sub-sub-folder should begin with the docket number of the corresponding exhibit in brackets followed by the exhibit number, and need not include a description of the exhibit (e.g., "[506-1] Exhibit 1," "[506-2] Exhibit 2," etc.); and

3. To the extent any documents were filed in redacted form, a subfolder titled "Redacted Submissions with Highlighting" containing unredacted copies of any documents that were filed in redacted form on ECF highlighting what information

was redacted, each of which should be named with the docket number of the corresponding document and a description of the file, following by "Highlighted" (e.g., "[493] Def.'s Mem. in Support - Highlighted" or, for exhibits, "[506-1] Exhibit 1 - Highlighted").

By way of example only, the directory for a hypothetical motion for summary judgment would appear (in part) similar to the following:




* * * * * *

The moving party should submit the electronic courtesy copies to the Court by e-mail to Furman_NYSDChambers@nysd.uscourts.gov. If that is not feasible due to file-size restrictions, the moving party should email Chambers asking for the Court's secure file-sharing link and follow the Court's subsequent instructions for uploading these electronic courtesy copies.

SO ORDERED.

Dated: July 20, 2026
New York, New York

JESSE M. FURMAN
United States District Judge