**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Laundress Marketing and Product Liability Litigation | Case No. 1:22-cv-10667-JMF<br><br>The Honorable Jesse M. Furman |
| *This Document Relates to:*<br><br>*Ostenfeld et al. v. The Laundress, LLC*, No. 1:22-cv-10667-JMF | **NOTICE OF DEFENDANT THE LAUNDRESS, LLC'S MOTION TO EXCLUDE THE TESTIMONY AND REPLY DECLARATION OF MARCUS PEREIRA, M.D.** |

PLEASE TAKE NOTICE that Defendant The Laundress, LLC moves this Court, before the Honorable Jesse M. Furman, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007 at a time and date to be determined by the Court, to exclude or give no weight to the opinions of Marcus Pereira, M.D. in Defendant's favor.

In support, Defendant submits its Memorandum of Law in Support of its Motion to Exclude the Testimony and Reply Declaration of Marcus Pereira, M.D. For the reasons explained in Defendant's Memorandum of Law, the court should exclude or give no weight to the opinions of Marcu Pereira, M.D., in Defendant's favor.

Dated: July 17, 2026

Respectfully submitted,

*/s/ Ronald Y. Rothstein*
Ronald Y. Rothstein
WINSTON TAYLOR LLP
300 N. LaSalle Dr., Suite 4400
Chicago, IL 60654
ron.rothstein@winstontaylor.com
Telephone: (312) 558-7464
Facsimile: (312) 558-5700

Jared R. Kessler (*pro hac vice*)
WINSTON TAYLOR LLP
200 S. Biscayne Boulevard, Suite 2400
Miami, FL 33131
jared.kessler@winstontaylor.com
Telephone: (305) 910-0654
Facsimile: (305) 910-0505

ATTORNEYS FOR DEFENDANT
THE LAUNDRESS, LLC

Plaintiff's opposition to Defendant's Motion to Exclude the Testimony and Reply Declaration of Marcus Pereira, ECF No. 495, if any, shall be filed **no later than August 21, 2026**. Any reply shall be filed **no later than September 4, 2026**.

Separately, Plaintiff's opposition to Defendant's Motion to Strike Dr. Gareth Macartney's Reply Declaration and Report, ECF No. 498, if any, shall be filed **no later than August 21, 2026.** No reply shall be filed absent leave of Court.

SO ORDERED.

July 20, 2026