COZEN O'CONNOR

September 18, 2026

**ELECTRONICALLY FILED**

**Richard Fama**
Direct Phone 212-908-1229
Direct Fax 866-263-1334
rfama@cozen.com

**Meredith A. Renquin**
Direct Phone 212-908-1324
Direct Fax 646-225-5107
mrenquin@cozen.com

Honorable Jesse M. Furman
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: Joint Letter Motion for Extension of Discovery Deadlines**
***In re Laundress Marketing & Product Liability Litigation*, No. 1:22-cv-10667 (SDNY) – *Canote v. The Laundress, LLC*, No. 1:25-cv-09508;**

Dear Judge Furman:

Plaintiff Sandra Canote ("Plaintiff"), and Defendant The Laundress, LLC ("The Laundress") (collectively the "Parties") in the above-captioned action ("Action") respectfully request leave for an extension of the deadlines set forth in the Court's Order entered on July 1, 2026 (the "Order"). See *In re Laundress Marketing & Product Liability Litigation*, at ECF No. 488. The Parties have requested one extension of the deadlines set in this Action. The fact discovery deadline is September 29, 2026. The expert discovery deadline as set forth in the Order is November 10, 2026.

Despite the Parties' due diligence, the Parties are unable to complete fact discovery by September 29, 2026. The Parties jointly state that there is certain outstanding discovery, including party depositions and document production. While Plaintiff's deposition is currently scheduled for and set to go forward on September 29, 2026, the depositions for the three witnesses identified by Plaintiff remain outstanding. Plaintiff's counsel provided corrected HIPAA authorizations to obtain Plaintiff's outstanding medical records on September 3, 2026. Counsel for The Laundress has subpoenaed all outstanding records and is hopeful it will receive them prior to Plaintiff's deposition. Counsel for The Laundress has followed up with Counsel for Plaintiff for the remaining outstanding discovery.

The Order set the next Conference before Your Honor on October 1, 2026. ECF No. 488.

In light of the foregoing, the Parties respectfully request a forty-five (45) day extension of the current deadlines and scheduled Conference to obtain all remaining discovery. The parties are hopeful that this additional time will put them in a better position to meaningfully discuss resolution.

Thank you for your attention to these matters.

---

Respectfully submitted,

COZEN O'CONNOR

By: Richard Fama
Meredith A. Renquin
Emily M. Fulginiti

RF